

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00492-CV

**BELL & MCCOY OF SOUTH TEXAS, LLC** f/k/a Bell & McCoy of South Texas, Inc., Bell & McCoy Companies, Inc., Dana Arnold, and Garon Shuler,
Appellants

v.

Leonard A. **WEINAND**, Jr.,
Appellee

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CI00157
Honorable Norma Gonzales, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the appellants' motion to dismiss is GRANTED, and this appeal is DISMISSED. Costs of the appeal are taxed against the party who incurred them.

SIGNED October 23, 2019.

_____
Rebeca C. Martinez, Justice